### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 71-cr-1814 |
| : | |
| **KURT W. NEARMAN,** : | |
| : | |
| **Defendant.** : | |

### MOTION TO DISMISS COMPLAINT AND QUASH ARREST WARRANT

The United States of America, by and through its attorney, Matthew M. Graves, United States Attorney for the District of Columbia, respectfully moves the Court to quash the arrest warrant in this case. In support of its motion, the government states the following:

1. The defendant was charged by complaint on or around December 3, 1971, on a charge of control substance act, in violation of 21 U.S.C. § 841(a) on or about December 3, 1971.

2. That same day, an arrest warrant was issued by former Magistrate Judge Kay (Exhibit A).

3. After reviewing this matter, the government has concluded that because of the passage of time, it could not successfully prosecute this matter at this time. Accordingly, we are requesting that the case be dismissed and the warrant be quashed.

WHEREFORE, for the foregoing reasons and for any other such reasons as many appear to the Court, the government requests that its motion be granted and that the indictment in this case be

dismissed without prejudice and that the arrest warrant in this case be quashed.

                                                               Respectfully submitted,

                                                               MATTHEW M. GRAVES
                                                               United States Attorney
                                                                DC Bar No. 481052

                By:                      */s/ Nihar R. Mohanty*
                                                                NIHAR R. MOHANTY
                                                                Assistant United States Attorney
                                                               D.C. Bar No. 436-686
                                                               Patrick Henry Building
                                                                601 D Street NW, Office 5-216
                                                                Washington, DC 20530
                                                               Nihar.Mohanty@usdoj.gov
                                                                (202) 252-7700