Born: 5-23-1970  
Add: 1827 S. St., N.W. #  
ID 252210  
RICHEY, JW  

FORTHWITH

Warrant for Arrest of Defendant (Rev. 7-52)  
Cr. Form No. 12

# United States District Court
## FOR THE
### DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KURT W. NEARMAN

No. CR. 1814-71

To: any United States Marshal or any other Authorized Officer:

You are hereby commanded to arrest KURT W. NEARMAN and bring him forthwith before the United States District Court for the District of Columbia in the city of Washington, D.C. to answer to an indictment charging him with

CONTROL SUBSTANCE ACT

in violation of Title 21 U. S. CODE 841(a)

DEFENDANT FAILED TO APPEAR FOR SENTENCING

RECEIVED DEC 3 9 37 AM '71 WARRANT SQUAD U. S. MARSHAL WASHINGTON, D.C.

Dated at Washington, D. C.  
on DECEMBER 3, 1971

JAMES F. DAVEY, Clerk.

By Ruby H. Kelly, Deputy Clerk.

Bail fixed at $_____

**RETURN**

District of _____ ss

Received the within warrant the _____ day of _____ 19 _____ and executed same.